UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE McGEE RICHARDSON, | ) | CV F 04 5349 LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR REVIEW OF STATUS |
| v. | ) | |
| | ) | [Doc. # 24] |
| D. L. RUNNELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 31, 2005, Petitioner filed a motion requesting a briefing status of his pending case. Petitioner is advised that the Court does not prepare status reports. Petitioner may request a copy of the docket in this matter, but Petitioner must make said request to the Clerk of Court.

Petitioner is advised that the instant petition is pending before the undersigned. Petitioner is informed that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

Accordingly, Petitioner's motion for a status report is DENIED.

IT IS SO ORDERED.

**Dated:   June 10, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                                 UNITED STATES MAGISTRATE JUDGE